# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

*RULE 3011*

### List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                    CHAPTER 13 CASE:

Ronnie Glaze                                         Case: 07-10913
7063 Hampton Drive
Horn Lake, MS 38637

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| Ronnie Glaze | Same as Above | $2,682.00 |

DATED: January 14, 2010

Respectfully submitted,
Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS 39296-5829
(601) 355-6661

CC:
James W. Amos, Attorney

# OFFICE OF THE TRUSTEES
## CHAPTER 13 PROCEEDINGS
P. O. Box 55829
JACKSON, MISSISSIPPI 39296-5829
PHONE (601) 355-6661

LOCKE D. BARKLEY, TRUSTEE  
NORTHERN DISTRICT

Correspondence Address:  
P.O. BOX 55829  
JACKSON, MS  39296-5829

January 14, 2010

U S Bankruptcy Court  
Thad Cochran U S Courthouse  
Attn: Carrie Barker  
703 Hwy 145 North  
Aberdeen Ms 39730

To Ms. Carrie Barker:

Please find enclosed Check(s) 920299 for $2,682.00 made payable to United States Bankruptcy Court. See the following check and form 3011 for information.

These funds are being sent to the court on behalf of the Debtors & Creditor(s) due to Checks not being processed. If you have any questions please feel free to call me at 601-355-6661 Ext. 241 or Email rberch@barkley13.com.

Thanks,

Ryan Berch  
Senior Bookkeeper